IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12142 GAO

LISA A. LEGER,
   Plaintiff,

vs.

MARK J. LEGER, Individually and as Trustee under the Mad/Nat Realty Trust and the Mad/Nat II Realty Trust, LEO LEGER, and ELLA LEGER,
   Defendants.

## NOTICE OF REMOVAL OF CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

NOW COME THE PETITIONERS, Leo and Ella Leger, and hereby state as follows:

1. Plaintiff, Lisa A. Leger, filed in the Middlesex County Probate and Family Court Department a complaint against the petitioners herein, being Number 04E0139GC. Said complaint seeks equitable and injunctive relief relative to the title of several parcels of commercial real estate. The complaint and process was served upon an agent of the defendants on the 22nd day of October, 2004.

2. The action described in the complaint is a civil action, of which this court has original jurisdiction under the provisions of Title 28, U.S.Code, Section 1332, and is one which may be removed to this court by the petitioners, the defendants therein, pursuant to the provisions of Title 28, U.S.Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and

costs, and is between citizens of different states. The plaintiff at the time the aforesaid action was commenced was and still is a citizen of the State of Massachusetts, and the defendants, Leo and Ella Leger, were at the time said action was commenced and still are citizens of New Brunswick, Canada.

3. The petitioners attach hereto copies of all process, pleadings and orders served upon them in said case.

4. The petitioners say that this notice is filed within thirty days after service of the initial pleadings setting forth the claim for relief upon which such proceeding is based.

Wherefore, the petitioners pray that further proceedings in the Middlesex County Probate and Family Court be discontinued and that this suit be removed to the United States District Court for the District of Massachusetts, as the law in such cases provides.

                Respectfully submitted,
                Leo and Ella Leger
                By their attorneys,

                Matthew J. Dupuy
                BBO #139000
                Tracey L. Taylor
                BBO #565088
                ARDITO, SWEENEY, STUSSE,
                ROBERTSON & DUPUY, P.C.
                25 Mid-Tech Drive
                West Yarmouth, MA 02673
                Telephone: (508) 775-3433

Dated: October 1, 2004

## CERTIFICATE OF SERVICE

A copy of the within Notice of Removal has this day been sent, postage prepaid, to all counsel of record, as follows:

    Andra Curtis Hutchins, Esquire
    KERSTEIN, COREN, LICHTENSTEIN & FINKEL, LLP
    233 Needham Street
    Newton, MA  02464.

Signed under the penalties of perjury this _1st_ day of October, 2004.

                                        Matthew J. Dupuy