IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

CIVIL ACTION NO.:3: 76

LISA A. LEGER,                              )
    Plaintiff,                         )    U.S. DISTRICT COURT
                                       )    DISTRICT OF MASS
    vs.                                )
                                       )
MARK J. LEGER, Individually and as          )
Trustee under the Mad/Nat Realty Trust      )
and the Mad/Nat II Realty Trust,            )
LEO LEGER, and                              )
ELLA LEGER,                                 )
    Defendants.                        )
_____)

## AFFIDAVIT OF FILING OF COPY OF NOTICE OF REMOVAL

I, Matthew J. Dupuy, hereby depose and state as follows:

1.    I am counsel of record for the defendants, Leo and Ella Leger;

2.    On October 1st, 2004, I filed a copy of the Notice of Removal in the

above matter with the Clerk of the Middlesex County Probate and Family

Court Department for the Commonwealth of Massachusetts.

Signed under the pains and penalties of perjury this 1st day of October, 2004.

_____
Matthew J. Dupuy

## CERTIFICATE OF SERVICE

A copy of the within Affidavit of Filing of Copy of Notice of Removal has this

day been sent, postage prepaid, to all counsel of record, as follows:

Andra Curtis Hutchins, Esquire
KERSTEIN, COREN, LICHTENSTEIN & FINKEL, LLP
233 Needham Street
Newton, MA  02464.

Signed under the penalties of perjury this _1st_ day of October, 2004.

Matthew J. Dupuy