IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

CIVIL ACTION NO. 04-12142GAO

```
********************************
LISA A. LEGER,                  *
      Plaintiff                 *
                                *
v.                              *
                                *
MARK J. LEGER, individually and as  *
TRUSTEE OF MAD/NAT REALTY       *
TRUST and MAT/NAT II REALTY     *
TRUST, LEO LEGER, and ELLA LEGER, *
      Defendants                *
********************************
```

## OPPOSITION TO NOTICE OF REMOVAL OF CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

NOW COMES Lisa A. Leger, the Plaintiff in the above captioned matter, and moves this Honorable Court deny Defendant, Leo Leger and Ella Leger's Notice of Removal of Case to United States District Court for the District of Massachusetts.

As grounds therefore, Plaintiff states as follows:

1.  Jurisdiction is founded only on diversity of citizenship between the Plaintiff and two of the Defendants and a controversy exceeding $75,000 exclusive of interest and costs. 28 USCS sec. 1332(a).

2.  Every issue of law and fact herein is not wholly between Plaintiff, who resides in Massachusetts and Defendants, Leo and Ella Leger, who reside in New Brunswick, Canada. Many of the issues of fact and law are between Plaintiff and Defendant, Mark J. Leger, who resides in Massachusetts.

3.  Plaintiff and Defendant, Mark J. Leger (hereinafter "M. Leger"), are married. M. Leger filed a Complaint for Divorce in or about January 2003, which is being

heard in Middlesex Probate and Family Court in Cambridge, Massachusetts (hereinafter the "Divorce Action").

4. Plaintiff filed a Complaint for Equitable and Injunctive Relief in Middlesex Probate and Family Court on September 20, 2004 (hereinafter the "Equity Complaint").[1] The Equity Complaint involves many of the same issues as the Divorce Action. Specifically, Plaintiff and M. Leger are owners of several parcels of property in Waltham, Massachusetts.[2] Defendants Leo and Ella Leger also claim ownership in a portion of said properties.

5. The interest in said properties owned by Plaintiff and M. Leger are marital assets, subject to division and equitable distribution by the Probate and Family Court. The Equity Complaint seeks and requests equitable and injunctive relief regarding these properties against M. Leger and Leo and Ella Leger, M. Leger's parents. The question of title to said properties, as between Plaintiff and M. Leger, will be adjudicated in the Divorce Action. The Equity Complaint does not seek a determination regarding title to said properties. As such, the question of title to said properties as between Plaintiff, M. Leger and Leo and Ella Leger, should be adjudicated in the Probate and Family Court.

5. A trial in the Probate and Family Court would be more expeditious and more

---

[1] Defendants' Notice of Removal claims that "The complaint and process was served upon an agent of the defendants on the 22nd day of October, 2004." However, an agent for the defendants was served with the complaint on or about September 21, 2004 and accepted service of same on or about September 21, 2004.

[2] Defendants' Notice of Removal claims that said property is "commercial real estate," however, all property in controversy is residential real estate occupied by tenants (ie: income producing property).

convenient, as the same court would hear the same issues involving the same parties. Additionally, a trial in the Probate and Family Court would not result in any undue prejudice or inconvenience to the Defendants, Leo and Ella Leger, as both the Middlesex Probate and Family Court and the United States District Court for the District of Massachusetts are in virtually the same geographical location of Massachusetts.

WHEREFORE, Plaintiff, Lisa A. Leger, respectfully requests an order of this Court denying Petitioners Notice of Removal of Case to United States District Court for the District of Massachusetts and any other such relief this court deems meet and just.

Respectfully submitted,
LISA A. LEGER
By her attorneys,

Andra Curtis Hutchins
BBO# 630066
Kerstein, Coren, Lichtenstein & Finkel, LLP
233 Needham Street
Newton, MA 02464
617-965-9698

DATED: October 18, 2004

CERTIFICATE OF SERVICE

I, Andra Curtis Hutchins, hereby certify that a copy of the foregoing document has been served upon counsel of record for Defendants, Leo and Ella Leger, by mailing same to Matthew J. Dupuy, Esq., Ardito, Sweeney, Stusse, Robertson & Dupuy, P.C., 25 Mid-Tech Drive, West Yarmouth, MA 02673, and counsel of record for Defendant, Mark J. Leger, by mailing same to Francis Jenney, Esq., Harnish, Jenney, Mitchell & Resh, 564 Main Street, Waltham, MA 02452 this 19th day of October, 2004.

Andra Curtis Hutchins