COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                                              PROBATE & FAMILY COURT
                                                           DOCKET NO. 04-12142GAO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LISA A. LEGER,                          *
    Plaintiff                           *
                                        *
v.                                      *
                                        *
MARK J. LEGER, individually and as      *
TRUSTEE OF MAD/NAT REALTY               *
TRUST and MAT/NAT II REALTY             *
TRUST, LEO LEGER, and ELLA LEGER,       *
    Defendants                          *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LISA A. LEGER'S ANSWER TO COUNTERCLAIM FOR DECLARATORY JUDGMENT AS TO RIGHTS, TITLE AND INTEREST IN REAL PROPERTY LOCATED AT 109-111 CUSHING STREET, WALTHAM, MASSACHUSETTS AND 89-91 FRANCIS STREET, WALTHAM, MASSACHUSETTS

1. Admitted.

2. Admitted that Mark, Lisa, Leo and Ella are the sole beneficiaries of the Mad/Nat Realty Trust. The remainder of the paragraph is denied.

3. Admitted.

4. Admitted.

5. Admitted that on or about May 15, 1999, Mark Leger and Lisa Leger executed a Promissory Note for $150,000 in favor of Leo and Ella Leger. The remainder of the paragraph is denied.

6. Admitted that on or about May 15, 1999, Mark, Lisa, Leo and Ella Leger executed a Collateral Agreement. No response is necessary regarding the allegations in the remainder of the paragraph as the document speaks for itself.

7. No response is required as the document speaks for itself.

8. Denied.

9.  Denied.

10. No response is required as Plaintiff leaves Defendants to their proof.

WHEREFORE, Lisa A. Leger respectfully requests an order of this court to deny Leo Leger and Ella Leger's requests for relief and enter judgment declaring Lisa A. Leger an owner of the properties located at 109-111 Cushing Street, Waltham, Massachusetts and 89-91 Francis Street, Waltham, Massachusetts and any other such relief this court deems meet and just.

## LISA A. LEGERS' ANSWER TO COUNTERCLAIM FOR DECLARATORY JUDGMENT AS TO RIGHTS, TITLE AND INTEREST IN REAL PROPERTY LOCATED AT 10-12 MAPLE STREET, WALTHAM, MASSACHUSETTS AND 17-19 ROBBINS STREET, WALTHAM, MASSACHUSETTS

1.  Admitted.

2.  Admitted that Mark, Lisa, Leo and Ella are the sole beneficiaries of the Mad/Nat II Realty Trust. The remainder of the paragraph is denied.

3.  Admitted.

4.  Admitted.

5.  Admitted that on or about November 7, 2000, Mark Leger and Lisa Leger executed a Promissory Note for $558,325 in favor of Leo and Ella Leger. The remainder of the paragraph is denied.

6.  Admitted that on or about November 7, 2000, Mark and Lisa Leger executed a Memorandum of Understanding. No response is necessary regarding the allegations in the remainder of the paragraph as the document speaks for itself.

7.  Admitted that on or about November 7, 2000, Mark, Lisa, Leo and Ella Leger executed a Collateral Agreement. No response is necessary regarding the remainder of the paragraph as the document speaks for itself.

8.  Denied.

9.  Denied.

10. No response is required as Plaintiff leaves Defendants to their proof.

WHEREFORE, Lisa A. Leger respectfully requests an order of this court to deny Leo Leger and Ella Leger's requests for relief and enter judgment declaring Lisa A. Leger an owner of the properties located at 10-12 Maple Street, Waltham, Massachusetts and 17-19 Robbins Street, Waltham, Massachusetts and any other such relief this court deems meet and just.

    Respectfully submitted,
    LISA A. LEGER
    By her attorneys,

    */s/ Andra Curtis Hutchins*
    Andra Curtis Hutchins
    BBO# 630066
    Kerstein, Coren, Lichtenstein & Finkel, LLP
    60 Walnut Street, 4th Floor
    Wellesley, MA 02481
    617-965-9698

DATED: December 21, 2004

## CERTIFICATE OF SERVICE

I, Andra Curtis Hutchins, hereby certify that I have served the foregoing document on all parties by mailing true copy thereof to counsel of record, Matthew J. Dupuy, Esq., Ardito, Sweeney, Stuse, Robertson & Dupuy, P.C., 25 Mid-Tech Drive, West Yarmouth, MA 02673 and Francis Jenney, Esq., Harnish, Jenney, Mitchell & Resh, 564 Main Street, Waltham, MA 02452 this 21 day of December, 2004.

    */s/ Andra Curtis Hutchins*
    Andra Curtis Hutchins