IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12142GAO

| | |
|---|---|
| LISA A. LEGER,<br>    Plaintiff,<br><br>vs.<br><br>MARK J. LEGER, Individually and as<br>Trustee under the Mad/Nat Realty Trust<br>and the Mad/Nat II Realty Trust,<br>LEO LEGER, and<br>ELLA LEGER,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS, LEO AND ELLA LEGER'S, OPPOSITION TO PLAINTIFF'S MOTION TO APPOINT RECEIVER

NOW COME THE DEFENDANTS, Leo and Ella Leger, and hereby move this Honorable Court to deny Plaintiff's Motion to Appoint Receiver.

In support of this opposition, defendants submit the attached Memorandum of Law and Affidavit of Ella Leger.

WHEREFORE, Leo and Ella Leger respectfully request this Honorable Court to enter an order denying Plaintiff's Motion to Appoint Receiver.

### REQUEST FOR ORAL ARGUMENT

Defendants, Leo and Ella Leger, hereby request an opportunity to be heard by the Court on all issues set forth in the above opposition.

Respectfully submitted,
Leo and Ella Leger
By their attorneys,

Matthew J. Dupuy
BBO #139000

                                      Tracey L. Taylor
                                      BBO #565088
                                      ARDITO, SWEENEY, STUSSE,
                                      ROBERTSON & DUPUY, P.C.
                                      25 Mid-Tech Drive
                                      West Yarmouth, MA  02673
                                      Telephone:  (508) 775-3433

Dated: January 4, 2005