IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12142GAO

LISA A. LEGER,
    Plaintiff,

vs.

MARK J. LEGER, Individually and as
Trustee under the Mad/Nat Realty Trust
and the Mad/Nat II Realty Trust,
LEO LEGER, and
ELLA LEGER,
    Defendants.

## DEFENDANTS, LEO AND ELLA LEGER'S, MOTION FOR ORDER COMPELLING TRUSTEE OF THE MAD/NAT II REALTY TRUST TO SELL ROBBINS STREET PROPERTY

NOW COME THE DEFENDANTS, Leo and Ella Leger, and hereby move this Honorable Court to enter an order compelling the Trustee of the Mad/Nat II Realty Trust to sell the property located at 17-19 Robbins Street, Waltham, Massachusetts.

As grounds for this motion, defendants submit the attached Memorandum of Law and Affidavit of Ella Leger.

### REQUEST FOR ORAL ARGUMENT

Defendants request an opportunity to be heard as to all issues raised in this motion.

WHEREFORE, Leo and Ella Leger respectfully request this Honorable Court to enter an order compelling the Trustee of the Mad/Nat II Realty Trust to sell the property located at 17-19 Robbins Street, Waltham, Massachusetts.

Respectfully submitted,
Leo and Ella Leger
By their attorneys,

                                                                     /s/ Matthew J. Dupuy

Matthew J. Dupuy
BBO #139000
Tracey L. Taylor
BBO #565088
ARDITO, SWEENEY, STUSSE,
ROBERTSON & DUPUY, P.C.
25 Mid-Tech Drive
West Yarmouth, MA  02673
Telephone:  (508) 775-3433

Dated: January 4, 2005