IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12142GAO

LISA A. LEGER,
    Plaintiff,

vs.

MARK J. LEGER, Individually and as
Trustee under the Mad/Nat Realty Trust
and the Mad/Nat II Realty Trust,
LEO LEGER, and
ELLA LEGER,
    Defendants.

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS, LEO AND ELLA LEGER'S, MOTION FOR ORDER COMPELLING TRUSTEE OF THE MAD/NAT II REALTY TRUST TO SELL ROBBINS STREET PROPERTY

### FACTS

17-19 Robbins Street, Waltham, Massachusetts, is an income producing rental property owned by the Mad/Nat II Realty Trust. Defendant, Mark Leger is the Trustee of the Mad/Nat II Realty Trust. Leo Leger, Ella Leger, Mark Leger and Lisa Leger each own a 25% beneficial interest in this realty trust. Mark Leger is also the Trustee of the Mad/Nat I Realty Trust. Leo Leger, Ella Leger, Mark Leger and Lisa Leger each own a 25% beneficial interest in this realty trust as well. Mark and Lisa Leger's interest in the real estate trusts is contingent upon their compliance with two promissory notes, in that the promissory notes are secured by collateral agreements on Mark and Lisa's ownership interests in the various properties held by the trusts.

Both of the realty trusts are currently experiencing severe cash flow problems, such that outstanding bills for water, oil, gas and electricity on the properties are unable to be paid, routine maintenance and repairs are unable to be made, and tenants who are

behind in their rent are unable to be evicted. Moreover, numerous rental units are unable to be rented due to their state of disrepair. Finally, the cash flow problems have caused or contributed to cause Mark and Lisa to be in default on the two promissory notes held by Leo and Ella Leger.

The Robbins Street property should be sold to alleviate this cash flow problem because it is in need of extensive repairs. If the repairs are not made, the property will continue to deteriorate and its value will be greatly diminished. For instance, roof leaks have caused massive water damage to the third floor units at 19 Robbins Street, resulting in mold damage to the units. This mold damage must be remediated before the units, which are currently vacant, can be rented. Moreover, there is a ready, willing and able buyer for the Robbins Street property; thus, the sale of this property would yield the fastest source of income for the trusts.

WHEREFORE, Leo and Ella Leger respectfully request this Honorable Court to enter an order compelling the Trustee of the Mad/Nat II Realty Trust to sell the property located at 17-19 Robbins Street, Waltham, Massachusetts.

> Respectfully submitted,
> Leo and Ella Leger
> By their attorneys,
>
> /s/ Matthew J. Dupuy
> Matthew J. Dupuy
> BBO #139000
> Tracey L. Taylor
> BBO #565088
> ARDITO, SWEENEY, STUSSE,
> ROBERTSON & DUPUY, P.C.
> 25 Mid-Tech Drive
> West Yarmouth, MA 02673
> Telephone: (508) 775-3433

Dated: January 10, 2005

## CERTIFICATE OF SERVICE

Copies of the within Defendant, Leo and Ella Leger's, Motion for Order Compelling Trustee of the Mad/Nat II Realty Trust to Sell Robbins Street Property and Supporting Memorandum of Law has this day been sent, postage prepaid, to all counsel of record, as follows:

Andra Curtis Hutchins, Esquire
KERSTEIN, COREN, LICHTENSTEIN & FINKEL, LLP
233 Needham Street
Newton, MA 02464; and

Francis Jenney, Esquire
HARNISH, JENNEY, MITCHELL & RESH
564 Main Street
Waltham, MA 02452.

Signed under the penalties of perjury this 10th day of January, 2005.

Matthew J. Dupuy