IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12142GAO

LISA A. LEGER,
 Plaintiff,

vs.

MARK J. LEGER, Individually and as
Trustee under the Mad/Nat Realty Trust
and the Mad/Nat II Realty Trust,
LEO LEGER, and
ELLA LEGER,
 Defendants.

## DEFENDANTS, LEO AND ELLA LEGER'S, MOTION FOR ORDER REMOVING MARK LEGER AND LISA LEGER FROM THEIR RESPECTIVE POSITIONS AS TRUSTEE AND BOOKKEEPER OF THE MAD/NAT I AND II REALTY TRUSTS AND APPOINTING LEO AND ELLA LEGER AS SUCCESSOR TRUSTEES

NOW COME THE DEFENDANTS, Leo and Ella Leger, and hereby move this Honorable Court to enter an order removing Mark Leger and Lisa Leger from their respective positions as Trustee and Bookkeeper of the Mad/Nat I and II Realty Trusts and appointing Leo and Ella Leger as Successor Trustees.

As grounds for this motion, defendants submit the attached Memorandum of Law and Affidavit of Ella Leger.

### REQUEST FOR ORAL ARGUMENT

Defendants request an opportunity to be heard on all issues raised by this motion.

WHEREFORE, Leo and Ella Leger respectfully request this Honorable Court to enter an order removing Mark Leger and Lisa Leger from their respective positions as Trustee and Bookkeeper of the Mad/Nat I and II Realty Trusts and appointing Leo and Ella Leger as the Successor Trustees.

Respectfully submitted,
Leo and Elia Leger
By their attorneys,

/Matthew J. Dupuy
BBO #139000
Tracey L. Taylor
BBO #565088
ARDITO, SWEENEY, STUSSE,
ROBERTSON & DUPUY, P.C.
25 Mid-Tech Drive
West Yarmouth, MA  02673
Telephone:  (508) 775-3433

Dated: January 6, 2005