UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

DOCKET NO. 04-12142GAO

2005 FEB -3  P 2: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| | |
|---|---|
| LISA A. LEGER, | \* |
|     Plaintiff | \* |
| | \* |
| v. | \* |
| | \* |
| MARK J. LEGER, individually and as | \* |
| TRUSTEE OF MAD/NAT REALTY | \* |
| TRUST and MAT/NAT II REALTY | \* |
| TRUST, LEO LEGER, and ELLA LEGER, | \* |
|     Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OPPOSITION TO DEFENDANTS, LEO AND ELLA LEGER'S MOTION FOR ORDER REMOVING MARK LEGER AND LISA LEGER FROM THEIR RESPECTIVE POSITIONS AS TRUSTEE AND BOOKKEEPER OF THE MAD/NAT I AND II REALTY TRUSTS AND APPOINTING LEO AND ELLA LEGER AS SUCCESSOR TRUSTEES

NOW COMES Lisa A. Leger, the Plaintiff in the above captioned matter, and moves this Honorable Court deny Defendants, Leo and Ella Leger's Motion for Order Removing Mark Leger and Lisa Leger From Their Respective Positions as Trustee and Bookkeeper of the Mad/Nat I and II Realty Trusts and Appointing Leo and Ella Leger as Successor Trustees.

As grounds for this Motion, Plaintiff relies on her Motion to Remove Mark J. Leger as Trustee of Mad/Nat I Realty Trust and Mad/Nat II Realty Trust and Appoint Receiver. In further support, Plaintiff submits the attached Memorandum of Law and Affidavit of Lisa A. Leger.

WHEREFORE, Lisa A. Leger respectfully requests an order of this court

    (i)    Removing Mark J. Leger as trustee of Mad/Nat Realty Trust;

(ii) Removing Mark J. Leger as trustee of Mad/Nat II Realty Trust;

(iii) Appointing a neutral third party to receive rents and act as bookkeeper for the properties: 109-111 Cushing Street, Waltham, Massachusetts, 89-93 Francis Street, Waltham, Massachusetts, 17 Robbins Street, Waltham, Massachusetts, 19 Robbins Street, Waltham, Massachusetts, 10 Maple Street, Waltham, Massachusetts and 240 Crescent Street, Waltham, Massachusetts; and

(iv) Any other such relief this court deems meet and just.

REQUEST FOR ORAL ARGUMENT

Lisa A. Leger, hereby requests an opportunity to be heard by the court on all issues set forth in the above motion.

Respectfully submitted,
LISA A. LEGER
By her attorneys,

Andra Curtis Hutchins
BBO# 630066
Kerstein, Coren, Lichtenstein & Finkel, LLP
60 Walnut Street, 4th Floor
Wellesley, MA 02481
617-965-9698

DATED: February 3, 2005

CERTIFICATE OF SERVICE

I, Andra Curtis Hutchins, hereby certify that a true copy of the above document was served upon all counsel of record, Matthew J. Dupuy, Esq., Ardito, Sweeney, Stusse, Robertson & Dupuy, P.C., 25 Mid-Tech Drive, West Yarmouth, MA 02673 and Francis Jenney, Esq., Harnish, Jenney, Mitchell & Resh, 564 Main Street, Waltham, MA 02452 by mail this 3 day of February, 2005.

Andra Curtis Hutchins