UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB -3 P 2: 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

DOCKET NO. 04-121412GAO

```
*****************************
LISA A. LEGER,                        *
      Plaintiff                       *
                                      *
v.                                    *
                                      *
MARK J. LEGER, individually and as    *
TRUSTEE OF MAD/NAT REALTY             *
TRUST and MAT/NAT II REALTY           *
TRUST, LEO LEGER, and ELLA LEGER,     *
      Defendants                      *
*****************************
```

## OPPOSITION TO DEFENDANTS, LEO AND ELLA LEGER'S MOTION FOR ORDER COMPELLING TRUSTEE OF THE MAD/NAT II REALTY TRUST TO SELL ROBBINS STREET PROPERTY

NOW COMES Lisa A. Leger, the Plaintiff in the above captioned matter, and moves this Honorable Court deny Defendants, Leo and Ella Leger's Motion for Order Compelling Trustee of the Mad/Nat II Realty Trust to Sell Robbins Street Property in part, and allow said Motion in part.

As grounds for this Motion, Plaintiff submits the attached Memorandum of Law and Affidavit of Lisa A. Leger.

## REQUEST FOR ORAL ARGUMENT

Lisa A. Leger, hereby requests an opportunity to be heard by the court on all issues set forth in the above motion.

Respectfully submitted,
LISA A. LEGER
By her attorneys,

Andra Curtis Hutchins
BBO# 630066
Kerstein, Coren, Lichtenstein & Finkel, LLP
60 Walnut Street, 4th Floor
Wellesley, MA 02481
617-965-9698

DATED: February 3, 2005

## CERTIFICATE OF SERVICE

I, Andra Curtis Hutchins, hereby certify that a true copy of the above document was served upon all counsel of record, Matthew J. Dupuy, Esq., Ardito, Sweeney, Stusse, Robertson & Dupuy, P.C., 25 Mid-Tech Drive, West Yarmouth, MA 02673 and Francis Jenney, Esq., Harnish, Jenney, Mitchell & Resh, 564 Main Street, Waltham, MA 02452 by mail this 3 day of February, 2005.

Andra Curtis Hutchins