IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12142GAO

LISA A. LEGER,
    Plaintiff,

vs.

MARK J. LEGER, Individually and as Trustee under the Mad/Nat Realty Trust and the Mad/Nat II Realty Trust, LEO LEGER, and ELLA LEGER,
    Defendants.

## SUPPLEMENTAL AFFIDAVIT OF ELLA LEGER

I, Ella Leger, hereby depose and state as follows:

1. On or about May 15, 1999, Mark Leger and Lisa Leger executed a Promissory Note ("First Note") for $150,000.00 in favor of myself and Leo Leger as payment for their combined 50% interest in the Mad/Nat I Realty Trust.

2. Pursuant to the First Note, Mark and Lisa Leger were to make monthly payments of $1,529.04 to myself and Leo Leger.

3. I have not received any payments pursuant to the First Note since the October, 2004, which was sent on or about November 30, 2004.

4. On or about November 7, 2000, Mark Leger and Lisa Leger executed a Promissory Note ("Second Note") for $558,325.00 in favor of myself and Leo Leger as payment for their combined 50% interest in the Mad/Nat II Realty Trust.

1

5. Pursuant to the Second Note, Mark and Lisa Leger were to make monthly payments of $4,000.00 to myself and Leo Leger.

6. I have not received any payments pursuant to the Second Note since the October, 2004 payment, which was sent on or about November 30, 2004.

7. Additionally, Lisa Leger has deducted a total of $600.00 from each of the last twelve monthly note payments.

Signed under the pains and penalties of perjury this 11th day of February, 2005.

_Ella Leger_
Ella Leger